# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                    CASE NO.  5:04cv416-RH/WCS

BRAXTON FEED & LIVESTOCK;
MOSE W. BRAXTON and
JOYCE BRAXTON, his wife;
KENNETH P. BRAXTON and
DIANE BRAXTON, his wife; and,
TRIWAY PRODUCTS, INC.,

       Defendants.
_____/

## ORDER VACATING DEFAULT JUDGMENT,
## DISMISSING ACTION, AND CANCELLING LIS PENDENS

IN CONSIDERATION of the Plaintiff's motion for an Order vacating the default judgment of foreclosure, and requesting that this action be dismissed without prejudice and the lis pendens cancelled due to the mortgage having been paid off prior to sale,

IT IS HEREBY ORDERED that the motion to vacate (documents 16 and 17) is GRANTED.  The Default Judgment of Foreclosure (document 14) is hereby VACATED.  The lis pendens is hereby cancelled.  The clerk shall enter an

amended judgment stating, "This action is dismissed without prejudice." The clerk shall close the file.

    SO ORDERED this 1st day of August, 2005.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge